THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Fredrico White, Appellant.
 
 
 

Appeal From Charleston County
Thomas W. Cooper, Jr., Circuit Court Judge
Deadra L. Jefferson, Circuit Court Judge

Unpublished Opinion No. 2011-UP-557
Submitted December 1, 2011  Filed
 December 9, 2011   

APPEAL DISMISSED

 
 
 
Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Scarlett Anne Wilson, of Charleston,
 for Respondent.
 
 
 

PER CURIAM:  Fredrico
 White appeals his conviction for failure to stop for a blue light, arguing the
 trial court erred in denying his motion for a directed verdict.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1] 
APPEAL DISMISSED.
FEW, C.J., THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.